AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: 4:08CR367 TLW (4)_____ |
| | ) | USM No: 16236-171_____ |
| -versus- | ) | William F. Nettles, IV, Public Defender |
| | ) | *Defendant's Attorney* |
| **Mandy Rae Whitman** | ) | |
| | ) | |
| Date of Previous Judgment: May 28, 2009 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ❒  DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred thirty-five (135) months **is reduced to** one hundred fifteen (115) months.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the original judgment filed May 28, 2009 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:     November 22, 2011                    s/ Terry L. Wooten_____
                                                     *Judge's signature*

Effective Date: _____                      Terry L. Wooten, United States District Judge
*(if different from order date)*                     *Printed name and title*